1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   IVAN VAZQUEZ-GONZALEZ,              No.  1:23-cv-00925-JLT-SAB (PC)

12              Plaintiff,               ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS, DISMISSING THE
13        v.                             ACTION, AND DIRECTING THE CLERK
                                         OF COURT TO CLOSE THE CASE
14   M. ARVIZA, et al.,
                                         (Doc. 13)
15              Defendants.

16

17

18        Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed

19   pursuant to *Bivens v. Six Unknown Federal Narcotic Agents*, 403 U.S. 388 (1971).  The assigned

20   magistrate judge issued Findings and Recommendations recommending the action be dismissed

21   for failure to comply with a court orders, failure to prosecute, and failure to state a cognizable

22   claim for relief.  (Doc. 13.)  The Court served the Findings and Recommendations on Plaintiff

23   and notified him that that any objections were due within 14 days and that the "failure to file

24   objections within the specified time may result in waiver of his rights on appeal." (Doc. 13 at 10-

25   11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d

26   1391, 1394 (9th Cir. 1991).)  Plaintiff did not file objections, and the time to do so expired.

27        According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this

28   case.  Having carefully reviewed the matter, the Court concludes the Findings and

                                          1

Recommendations to be supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 1, 2023 (Doc. 13) are **ADOPTED** in full.

2. This action is **DISMISSED** for Plaintiff's failure to comply with a court orders, failure to prosecute, and failure to state a cognizable claim for relief.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 2, 2024**

UNITED STATES DISTRICT JUDGE